**Order filed December 15, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-22-00705-CV**
_____

**NICOLE NADRA BAUKUS, Appellant**

**V.**

**SCOTT J. ENGLE AND SCOTT J. ENGLE D/B/A MONTGOMERY COUNTY POLICE REPORTER, Appellees**

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-CV-0763**

## O R D E R

Appellant's brief was due December 12, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Zimmerer, Spain, and Hassan.